MESHYLLE MARTIN  (Debtor In Pro Per)
9427 NOBLE AVE. UNIT 106
NORTH HILLS, CA  91345
(818) 325-7147

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

MESHYLLE MARTIN
(Debtor In Pro Per )

Case No: 19-12578 - MT

MOTION TO PROCEED WITH ADDITIONAL TIME REQUEST.

    I **Meshylle Martin (Debtor In Pro Per)** am pleading with the courts, Judge and Trustee to proceed with my case. The additional documents due October 24, 2019 is not yet completed. I am scheduled to meet with BK Attorneys this week in the hope of getting assistance with my case.

    I need the extension to gather my personal information and get all my records together to file appropriately and list all my debts and obligations.  Unfortunately, due to medical reasons  I was not able to complete prior to the deadline. Please grant me the extension and proceed with my case.

    I thank the Honorable Judge, Trustee and Court Clerk, for the review of my request to extend my time to file. The missing, schedules, statements will be recorded on or before November 7, 2019 (14 day extension).

Dated this 25th October, 2019

_____
Meshylle Martin   (Debtor In Pro Per)

MOTION TO PROCEED WITH ADDITIONAL TIME REQUEST. - 1